KEVIN J. DEHOFF, ESQ., SB No. 252106
   Email: kdehoff@akk-law.com
MATTHEW B. GRACE, ESQ. No. 262503
   Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF OROVILLE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEROKEE PROPERTIES, LLC, | Case No.: 2:26-CV-00371-DMC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO THE COMPLAINT** |
| vs. | |
| CITY OF OROVILLE, et al. | |
| Defendant. | |

-1-
STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO THE COMPLAINT

The parties, through their respective counsel, have reached an agreement to conduct detailed Meet & Confer discussions about the Complaint in a mutual effort to resolve potential flaws without the need for filing a Motion to Dismiss under FRCP 12(b)6.

The complaint asserts seven claims for relief, based on both state and federal law, including allegations under FEHA, FHA, ADA, the Rehabilitation Act, CEQA, and a 5th Am. Claim under 42 USC §1983.  These claims can be complicated and require time to analyze.  It is to the benefit of the court and the Parties to make a reasonable attempt to identify and resolve issues with the pleadings before filing a Motion to Dismiss.

Accordingly, Counsel for the respective parties have agreed, subject to this Court's approval, to the following procedure to meet and confer:

a)      Defense Counsel will provide Plaintiff's Counsel with a draft of a Motion to Dismiss under 12(b)6 by Wednesday, March 27, 2026;

b)      Plaintiff's Counsel will have 21 days from the date she receives the draft Motion to Dismiss to respond;

c)      The Parties will meet and confer in good faith about the issues; it is anticipated that the Meet & Confer process may take more than one conversation, and thus some additional time is warranted for this process;

d)      At the conclusion of the Meet Confer process, as determined by Counsel, Plaintiff will have 14 days to amend the Complaint if that is desired. After Plaintiff advises Defendant whether or not it will amend the complaint, Defendants will have 21 days to file a response to the complaint or any amended complaint.

e)      It is understood that Plaintiff will not be required to re-serve any defendant that was properly served with the original complaint.

f)      It is also understood that Counsel for the City of Oroville also represents each of the individually named defendants who have been properly served.

///

///

///

Accordingly, the Parties request the Court to order that any responsive pleading shall be filed within 21 days of the date Plaintiff's Counsel advises it will not amend the complaint or within 21 days of the filing of an Amended Complaint.

Dated:  March 26, 2026                    ANGELO, KILDAY & KILDUFF, LLP

                                          */s/ Matthew B. Grace*
                                          By:_____
                                             KEVIN J. DEHOFF
                                             MATTHEW B. GRACE
                                             Attorneys for Defendants CITY OF
                                             OROVILLE

Dated:  March 26, 2026                    SAVAGE, REIMER & ASSOCIATES

                                          */s/ Nichole Reimer*
                                          *(as authorized on 3.26.26)*
                                          By:_____
                                             NICOLE B. REIMER
                                             Attorneys for Plaintiff CHEROKEE
                                             PROPERTIES, LLC

## **ORDER**

IT IS SO ORDERED.

Dated:  March 30, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE