**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEROKEE PROPERTIES, LLC, | No.  2:26-cv-0371-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF OROVILLE, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained counsel, brings this civil action. Plaintiff has filed a request for voluntary dismissal of this action, without prejudice, pending exhaustion of administrative remedies. See ECF No. 15.  Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed without prejudice on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: April 16, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1